**08 C 1132**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE NOLAN**

# EXHIBIT A

```
          SUBWAY #22207
          114 E WING ST
       ARLINGTON HTS, IL 60004

MERCHANT :  00766531 0001 01
DATE     :  TUE 10/09/07 12:37:00
REF NO.  :  24993
CARD NO. :  XXXXXXXXXXXX8003E
EXP DATE :  REDACTED
INVOICE #:  0300802
AUTH NO. :  APPRVD # 840048
```



SALE        $    10.18

THANK YOU
COME AGAIN!

X_____
      KIMBERLY ZAWACKI

RETAIN THIS COPY FOR YOUR RECORDS
       TOP COPY-MERCHANT
      BOTTOM COPY-CUSTOMER