UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Kimberly Zawacki
                Plaintiff,

v.                                      Case No.: 1:08−cv−01132
                                      Honorable Matthew F. Kennelly

Subway
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing held on 4/28/2008. Plaintiff's attorney fails to appear. Case is dismissed for want of prosecution. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.