MHW

08 CV 1132
Zawacki v. Subway
#22207

**RESPONSE**

To
The Honorable Judge
United States District Court
Northern District of Illinois
Eastern Division

**FILED**
4-28-2008
APR 28 2008

JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

Reference: Docket # 08 C 1132

Honorable Judge:

This is my initial response to the compliant by the Plaintiff in the above referenced case (Docket # 08 C 1132).

1. As a subway franchisee I do not own the Credit Card Processing Terminal and its software and hence the complaint by Plaintiff should have been directed to the rightful owner of the equipment which printed the receipt.
   So I have forwarded the above Plaintiff' complaint to the Credit Card Processing Company (First Data Merchant Services) which owns the equipment and its software.
2. I have also forwarded this complaint to my business liability insurance company (Hartford) and they are also looking into this matter.
3. There are several material facts which were omitted in the complaint by Ms. Zawacki including but not limited to –
   a. Ms. Zawacki did not show any evidence of damage to her personal credit nor did she show any evidence of the transaction indicated in this complaint as the proximate cause of any actual personal credit damage

In view of the above I request the honorable judge and the court either to completely vacate the case or grant me appropriate time to get proper legal counsel to represent me in this case.

Respectfully submitted,

Vijai K Kukreja
d.b.a. SUBWAY
114 E Wing St
Arlington Heights IL 60004

Cell # 847-293-9014
Subway Phone # 847-253-9544
Subway Fax # 847-253-9688